## UNITED STATES EXPRESS CO. *v.* BEDBURY.

(April Term, 1864.)

SUBMISSION OF CAUSE — *waiver of objections thereby.* Motions by the appellee to set aside a submission because there was not a perfect record, and a writ of *certiorari* which had been awarded had not been returned, and because there was no assignment of errors upon the record ; and to dismiss the appeal because it was not allowed at the term at which the judgment was rendered, come too late after the cause is submitted to the court.

Bergen *et al. v.* Riggs.

APPEAL from the Superior Court of Chicago.

On the 19th day of April, during the present term, a writ of *certiorari* was awarded in this cause, for the purpose of obtaining a more perfect record of the proceedings in the court below. On the 22d of the same month the cause was submitted on the part of the appellant; and, on the 28th, upon a regular call of the docket, the cause was taken by the court for decision. Subsequently, on the 10th day of May, Messrs. HERBERT, RICH & SHEPARD, for the appellee, moved the court to set aside the submission of the cause on the part of the appellant, because, at the time of such submission, the writ of *certiorari* had not been returned, and no full and perfect record had been transmitted from the court below, and that no errors were assigned upon the record.

At the same time the appellee also moved the court to dismiss the appeal, because it appears of record that it was allowed at a term subsequent to that at which the judgment below was rendered.

Per CURIAM: The motions come too late; they should have been made before the cause was submitted to the court for decision.

*Motions denied.*